UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KIM HA VU, | Case No.: CV 12-01126 PSG |
| Plaintiff, | **ORDER TO SHOW CAUSE** |
| v. | |
| WASHINGTON MUTUAL BANK, FA, et al., | |
| Defendants. | |

On June 12, 2012, a case management conference was scheduled to be held. None of the parties appeared for it. Accordingly,

IT IS HEREBY ORDERED that no later than July 17, 2012, Plaintiff Kim Ha Vu is ordered to show cause in writing why the case should not be dismissed for failure to prosecute. Failure to comply with this order may result in dismissal of the action pursuant to Fed. R. Civ. P. 41(b).

**IT IS SO ORDERED.**

Dated: June 14, 2012

PAUL S. GREWAL
United States Magistrate Judge

1

Case No.: CV 12-01126 PSG
**ORDER TO SHOW CAUSE**