IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KIM HA VU,

    Plaintiff,

v.

WASHINGTON MUTUAL BANK FA, et al.,

    Defendants.

No. C 12-01126 JSW

**ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING ACTION**

This matter comes before the Court upon consideration of the Report and Recommendation issued by Magistrate Judge Paul S. Grewal, in which he recommends that the Court dismiss this case for failure to prosecute. The time for filing objections has passed, and the Court has not received any objections. The Court finds the Report and Recommendation thorough and well reasoned and adopts it in every respect. Accordingly, the Court HEREBY DISMISSES this case for failure to prosecute and for failure to comply with the Court's deadlines, pursuant to Federal Rule Civil Procedure 41(b). The Court shall issue a separate judgment, and the Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: 01/18/2013

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE